IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL L. DUMONDE,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:08cv431-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 8) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

(3) This case is transferred to the United States District Court for the Northern District of Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 27th day of June, 2008.**

           **/s/ Myron H. Thompson**
    **UNITED STATES DISTRICT JUDGE**